UNITED STATES, Appellee,

v.

**Stanley PROU, Defendant, Appellant.**

**No. 00–1737.**

United States Court of Appeals,
First Circuit.

Nov. 29, 2001.

Stanley Prou on brief, pro se.

Margaret E. Curran, United States Attorney, and Donald C. Lockhart, Assistant U.S. Attorney, on Memorandum of Law in Support of Motion for Summary Affirmance, for appellee.

Before BOUDIN, Chief Judge, and TORRUELLA and LIPEZ, Circuit Judges.

PER CURIAM.

Pursuant to this court's vacatur of his original criminal sentence, *see Prou v. United States,* 199 F.3d 37 (1st Cir.1999), Stanley Prou was resentenced to concurrent terms of 78 months on Counts 1 and 2 (as well as concurrent five year terms of supervised release).[1] Prou appeals. We find no merit either in his claim that the government waived the application of the sentencing guidelines when it sought to enhance his sentence pursuant to 21 U.S.C. § 851 or in his challenge to the composition of the grand and/or petit juries.

---

1. The consecutive 60 month term of imprisonment and concurrent three year term of supervised release on Count 3 were unaffected by this court's remand.

*The convictions and sentence are af-firmed.*